IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY O'NEAL CROOMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0509-CG-N |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the action filed by Anthony O'Neal Croomes is **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 5th day of May, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE